UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :      CRIMINAL NO. 14MJ116TPS

v.                               :

JAMES D. BURICH                  :      June 17, 2014

## COMPLAINT

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about August 13, 2013, in New London County, in the District of Connecticut, the defendant did, violate Title 18 United States Code, Section 641, larceny. I further state that I am a Department of Defense Police Officer and that this complaint is based on the following facts:

In that James D. Burich, did, on board Naval Submarine Base New London, Groton, Connecticut, on or about August 13, 2013, steal property of the United States, from the Navy Exchange, for a total value of $600.00.

_____
Christopher Wells, Complainant

Sworn to before me and subscribed in my presence on this 17th day of June, 2014, at Hartford, Connecticut.

Barbara Sunbury, Deputy Clerk         _____
Name and Title of Judicial Officer    Signature of Judicial Officer