UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

District of Connecticut
FILED AT HARTFORD
November 10, 2014
Roberta D. Tabora, Clerk
By: Sara Rundlie
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:14MJ116(TPS) |
| JAMES D. BURICH | : | |

<u>MOTION TO DISMISS</u>

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above titled matter be dismissed without prejudice.

I ask for this:

>Deirdre M. Daly
>United States Attorney
>District of Connecticut
>
>BY: _____
>Christopher H. Hutton
>Federal Bar No. phv06544
>Box 43, Naval Submarine Base New
>London, Groton, Connecticut 06349
>Telephone: (860) 694-4739
>Fax: (860) 694-5135
>christopher.hutton@navy.mil

ORDERED that the dismissal of the Criminal Complaint is GRANTED.

SIGNED this _____ day of _____, 2014, at Hartford, Connecticut.

>The Honorable Thomas P. Smith
>United States Magistrate Judge